Louis F. Albert, Respondent, v. Reich Bros. Long Island Motor Freight, Inc., and Another, Appellants.— Judgment in favor of plaintiff, entered upon a verdict in the sum of $3,000, for personal injuries sustained as the result of a collision at a street intersection between his automobile and the corporate defendant's truck, and order denying motion to set aside the verdict and grant a new trial, affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act. No opinion. Young, Hagarty and Scudder, JJ., concur; Carswell and Tompkins, JJ., dissent and vote for reversal and a new trial because of a prejudicial error in refusing to charge as requested by defendants' counsel at folio 416 and for the further reason that the court in the main charge, at folios 410–412, practically directed a verdict in favor of the plaintiff.

Janet G. Baer, Appellant, v. Alvin H. Baer, Respondent.— Order in so far as it denies that part of plaintiff's motion which asks for an increase in the allowance for the support, maintenance and education of the two children of the marriage and states that the payments now being made are adequate for the ordinary needs of the children at their present age, and in so far as it provides that if either or both of the children should go to private school or summer camp pursuant to agreement between the parents, the defendant shall pay the necessary expenses thereof and in that event the weekly payments provided for in the decree shall be suspended during attendance at school or camp, affirmed, without costs. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

Frank W. Bryce, Respondent, v. National City Bank of New Rochelle and Edward D. Loughman, Receiver of the National City Bank of New Rochelle, Appellants, and William S. Shea, Defendant. (Appeal No. 1.) — Order denying the receiver's application to remove the cause to the Federal court and extending his time to answer, in so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the receiver to answer within ten days from the entry of the order herein. Hagarty, Scudder, Tompkins, Davis and Johnston, JJ., concur.